IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2025 NOV 12 AM 11: 37
CLERK-LAS CRUCES

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 25-4750 SMD |
| vs. | ) Count 1: 18 U.S.C. § 371: Conspiracy; |
| **MAXWELL STERLING JENSEN, THOMAS REES, CHRISTIAN JESUS CONTRERAS-VARELA, CHRISTOPHER ORTEGA,** and **GERMAN ORTIZ-SANTILLANO,** | ) Count 2: 18 U.S.C. § 2314: Interstate Transportation of Stolen Property; 18 U.S.C. § 3147(1): Penalty for Offense Committed While on Release; ) Count 3: 18 U.S.C. § 2314: Interstate Transportation of Stolen Property; 18 U.S.C. § 2: Aiding and Abetting; |
| Defendants. | ) Count 4: 18 U.S.C. §§ 922(g)(5) and 924: Alien in Possession of a Firearm and Ammunition. |

INDICTMENT

The Grand Jury charges:

Count 1

From on or about March 12, 2025, and continuing to on or about August 22, 2025, in Eddy County, in the District of New Mexico, and elsewhere, the defendants, **MAXWELL STERLING JENSEN, THOMAS REES, CHRISTIAN JESUS CONTRERAS-VARELA, CHRISTOPHER ORTEGA,** and **GERMAN ORTIZ-SANTILLANO,** knowingly, unlawfully, and willfully combined, conspired, confederated, agreed, and acted interdependently with each other and with other persons whose names are known and unknown to the Grand Jury to commit interstate transportation of stolen property, contrary to 18 U.S.C. § 2314.

The Manner and Means of the Conspiracy

The manner and means by which the defendants, **MAXWELL STERLING JENSEN, THOMAS REES, CHRISTIAN JESUS CONTRERAS-VARELA, CHRISTOPHER**

**ORTEGA,** and **GERMAN ORTIZ-SANTILLANO**, sought to accomplish the objectives of the conspiracy included, among other things, the following:

a. Targeting oil production companies in New Mexico, and elsewhere, to commit thefts of crude oil.

b. Paying employees of oil production companies to actively assist in or passively permit the thefts of crude oil.

c. Utilizing vacuum trucks to unlawfully obtain the oil.

d. Storing the stolen crude oil at 4154 7 Rivers Highway, Carlsbad, New Mexico, prior to selling it.

e. Selling the stolen crude oil and causing it to move from New Mexico to Texas.

f. Receiving payments for their actions in furtherance of the conspiracy via electronic transfers and U.S. currency.

### Overt Acts

In furtherance of the conspiracy, and to affect the objects thereof, the following overt acts, among others, were committed in the District of New Mexico, and elsewhere:

### Overt Act One

From on or about March 12, 2025, and continuing to on or about August 22, 2025, **THOMAS REES** was the sole owner of a business named Hound Dog Energy, which owned and operated a crude oil storage facility located at 4154 7 Rivers Highway, Carlsbad, New Mexico, which was used to store stolen crude oil.

### Overt Act Two

From on or about March 12, 2025, and continuing to on or about August 22, 2025, **MAXWELL STERLING JENSEN** knowingly financially supported Hound Dog Energy's

2

storage of stolen oil by making payments, through **JENSEN's** businesses, totaling approximately $195,750.

### Overt Act Three

From on or about March 12, 2025, and continuing to on or about August 22, 2025, **CHRISTOPHER ORTEGA** managed the Hound Dog Energy oil storage facility by accepting stolen oil shipments and producing false tickets to obscure the source of the oil.

### Overt Act Four

On or about August 13, 2025, **CHRISTIAN JESUS CONTRERAS-VARELA** stole crude oil from Plains All American Pipelines (hereinafter "PAAP") using a vacuum truck and delivered the oil to the Hound Dog Energy oil storage facility located at 4154 7 Rivers Highway, Carlsbad, New Mexico.

### Overt Act Five

On or about July 22, 2025, **GERMAN ORTIZ-SANTILLANO**, an employee of PAAP, assisted and/or permitted **CHRISTIAN JESUS CONTRERAS-VARELA** to remove crude oil from a pipeline without compensating PAAP.

### Overt Act Six

From on or about July 22, 2025, and continuing to on or about August 22, 2025, each of the conspirators, **MAXWELL STERLING JENSEN, THOMAS REES, CHRISTIAN JESUS CONTRERAS-VARELA, CHRISTOPHER ORTEGA** and **GERMAN ORTIZ-SANTILLANO**, received moneys that were directly generated from the sale of the stolen crude oil. These proceeds were delivered by electronic transfers and/or U.S. currency.

In violation of 18 U.S.C. § 371.

Count 2

From on or about June 18, 2025, and continuing to on or about August 22, 2025, in Eddy County, in the District of New Mexico, the defendant, **MAXWELL STERLING JENSEN**, unlawfully transported, transmitted, and transferred in interstate commerce, stolen goods, wares and merchandise, specifically, crude oil, in the value of $5,000 and more, knowing the same to have been stolen, converted, and taken by fraud, while released under Chapter 207 of Title 18 United States Code, specifically, pursuant to an Oral Order dated May 9, 2025, from the United States District Court for the Southern District of Texas, Case No. 1:25-cr-00257.

In violation of 18 U.S.C. §§ 2314 and 3147(1).

Count 3

From on or about June 18, 2025, and continuing to on or about August 22, 2025, in Eddy County, in the District of New Mexico, the defendants, **THOMAS REES, CHRISTIAN JESUS CONTRERAS-VARELA, CHRISTOPHER ORTEGA**, and **GERMAN ORTIZ-SANTILLANO**, unlawfully transported, transmitted, and transferred in interstate commerce, stolen goods, wares and merchandise, specifically, crude oil, in the value of $5,000 and more, knowing the same to have been stolen, converted, and taken by fraud.

In violation of 18 U.S.C. §§ 2314 and 2.

Count 4

On or about August 27, 2025, in Eddy County, in the District of New Mexico, the defendant, **CHRISTIAN JESUS CONTRERAS-VARELA**, knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(5) and 924.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

RCW 11/10/2025